# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1873
Lower Tribunal No. 09-59626
_____


**Paul Steinberg,**
Appellant,

vs.

**Robyn Marlin, et al.,**
Appellees.


An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Scott Jay Feder, P.A., and Scott Jay Feder, for appellant.

Bruce S. Rogow, P.A., Bruce S. Rogow, and Tara A. Campion (Cedar Mountain, NC), for appellees.


Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); Zarate v. Deutsche Bank Nat. Trust Co., 81 So. 3d 556, 558 (Fla. 3d DCA 2012) ("Where there is no record of the testimony of witnesses or of evidentiary rulings, and where a statement of the record has not been prepared pursuant to Florida Rule of Appellate Procedure 9.200(a)(3) or (b)(3), a judgment which is not fundamentally erroneous on its face must be affirmed.").